# Order

Michigan Supreme Court
Lansing, Michigan

March 3, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149518 & (18)

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v                                                           SC: 149518
                                                            COA: 319269
                                                            Wayne CC: 87-011186-FC
ANDRE L. CAMMONS, a/k/a ANDRE L.
CAMMON,
            Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the June 2, 2014 order of
the Court of Appeals is considered, and it is DENIED, because the defendant has failed to
meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to
remand is DENIED.



s0223

        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

        March 3, 2015



                                                                    Clerk